IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-00027-KDB-DCK

| | |
|---|---|
| **BRIAN RICHARD HARWELL,**<br><br>Plaintiff,<br><br>v.<br><br>**DARREN EUGENE CAMPBELL, DERRICK HILMAN STUTTS, IREDELL COUNTY, MATTHEW BRADEN TALBERT AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,**<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Defendants Iredell County, Darren Eugene Campbell, Derrick Hilman Stutts, Matthew Braden Talbert and the Travelers Casualty and Surety Company of America's Motion for Partial Judgment on the Pleadings Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure ("Motion"). (Doc. No. 33). The Motion was filed on October 29, 2021. After the *pro se* Plaintiff Brian Harwell, who is alleged to be a licensed North Carolina attorney, failed to timely respond to the Motion on November 16, 2021, the Court entered a Roseboro Order requiring Plaintiff to respond on or before December 3, 2021 and advising him that a failure to respond may result in Defendants being granted the relief sought in the Motion. (Doc. No. 35). The Court's docket reflects that the Roseboro Order was delivered to Plaintiff's law firm; however, Plaintiff has still not filed any response to the Motion. Therefore, after carefully considering the Motion and Defendants' brief in support, for good cause shown the Court will

1

**GRANT** the Motion and enter judgment on the pleadings for the Defendants as to Plaintiff's First, Fourth, Fifth, Sixth, and Seventh Claims for Relief.

## ORDER

**NOW THEREFORE IT IS ORDERED THAT:**

1. Defendants Iredell County, Darren Eugene Campbell, Derrick Hilman Stutts, Matthew Braden Talbert and the Travelers Casualty and Surety Company of America's Motion for Partial Judgment on the Pleadings Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure ("Motion") (Doc. No. 33) is **GRANTED;**

2. Judgment in favor of Defendants is entered as to Plaintiff's First, Fourth, Fifth, Sixth, and Seventh Claims for Relief; and

3. This case shall proceed as to the remaining claims in the absence of a voluntary resolution of the dispute among the parties.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: December 15,

Kenneth D. Bell
United States District Judge